IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KIMBERLY ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-00670-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| ORLANDO HARPER, WARDEN OF ALLEGHENY COUNTY JAIL; DAVID ZETWO, CHIEF DEPUTY WARDEN; JASON BEASOM, DEPUTY WARDEN; LAURA WILLIAMS, CHIEF DEPUTY WARDEN OF HEALTHCARE SERVICES; AND CORRECTIONAL OFFICER RHODES, | ) | |
| | ) | |
| Defendants, | ) | |

**ORDER OF COURT**

And Now, this 11th Day of June, 2019, upon receipt of Plaintiff's Motion for Temporary Restraining Order (ECF No. 2), and in consultation with Plaintiff's counsel and counsel for Defendants, Zetwo, Beasom, and Williams[1], a hearing on the same will be held on June 11, 2019 at 2:15 p.m. in Courtroom 8A.

BY THE COURT:

_Marilyn J. Horan_
Marilyn J. Horan
United States District Judge

---

[1] Counsel for Defendants conveyed to the Court that he expects to receive consent for representing Defendants, Harper and Rhodes. Given the content of Plaintiff's Motion, the Court is expediting the matter in the interests of justice before said consent is obtained.