IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| KIMBERLY ANDREWS, | ) | |
| | ) | |
| Plaintiff, | ) | 2:19-CV-00670-MJH |
| | ) | |
| vs. | ) | |
| | ) | |
| ORLANDO HARPER, WARDEN OF ALLEGHENY COUNTY JAIL; DAVID ZETWO, CHIEF DEPUTY WARDEN; JASON BEASOM, DEPUTY WARDEN; LAURA WILLIAMS, CHIEF DEPUTY WARDEN OF HEALTHCARE SERVICES; AND CORRECTIONAL OFFICER RHODES, | ) ) ) ) ) ) ) ) | |
| Defendants, | ) | |

## HEARING ON TEMPORARY RESTRAINING ORDER
### Before Judge Marilyn J. Horan

| | |
|---|---|
| Appear for Plaintiff: | Brett Grote, Jules Lobel, Alexander Wright |
| Appear for Defendants: | John Bacharach and Andrew Zeffy |
| Hearing date: | June 11, 2019 |
| Hearing begun: | 3:21 p.m. |
| Hearing concluded: | 3:35p.m. |
| Court Reporter: | Noreen Re |
| Clerk/Deputy Clerk: | Bradley Linsenmeyer |

REMARKS:   Hearing regarding Temporary Restraining Order held.  Order on agreement of the parties to follow.