IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY ANDREWS | : |
| | : |
|     Plaintiffs, | :   Case No. 2:19-cv-00670-CCW |
| | : |
| v. | : |
| | : |
| ALLEGHENY COUNTY; ORLANDO HARPER, Warden of Allegheny County Jail; Deputy Warden; LAURA WILLIAMS, Chief Deputy Warden of Healthcare Services; MICHAEL BARFIELD, Mental Health Director; FRANK, Captain; ALYSSIA TUCKER, Sergeant; CHRISTOPHER RADACI, Sergeant; MARK FALCONE, Sergeant; Captain KENNETH WISEMAN | :   ELECTRONICALLY FILED |
|     Defendants. | |

**Stipulation of dismissal With Prejudice**

    Pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii) the parties stipulate to the dismissal of the above action with prejudice.

Respectfully submitted,

/s/ Bret Grote
Legal Director
PA I.D. No. 317273
bretgrote@abolitionistlawcenter.org
*Attorneys for Plaintiff*


*/s/ John A. Bacharach*
John A. Bacharach, PA ID 19665
Allegheny County Assistant Solicitor
Allegheny County Law Department
300 Fort Pitt Commons Building
445 Fort Pitt Boulevard Pittsburgh, PA 15219
Tel: (412) 350-1150
john.bacharach@AlleghenyCounty.us

*Counsel for Defendants*